**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        No. 4:14CR00203 JLH

DEREK NICHOLAS HOOTS                                                                        DEFENDANT

## ORDER

The motion by the United States to dismiss the forfeiture allegation in the indictment is GRANTED.  Document #36.  The forfeiture allegation is hereby dismissed with prejudice.

IT IS SO ORDERED this 23rd day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE